AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SHEILA Y. FREEMAN,**

                Plaintiff,

        V.                         CASE NUMBER: **04-C-803**

**SARA LEE CORPORATION,**

                Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is Granted.**

**Plaintiff has not established her frima facie case because she does not present evidence that shows the defendant treated similarly situated employees that were not African American more favorably. Defendant offers a legitimate nondiscriminatory reason for terminating the plaintiff.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|     **September 12, 2006** |   **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| |   (By) Deputy Clerk |